PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Drew Bagarozy                             Docket Nos.: 98-CR-749 and 98-CR-781

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden
                                     United States District Judge

Date of Original Sentence: 09/06/06

Original Offense: <u>Count One</u> (98-00781): Conspiracy to Commit Mail Fraud and Wire Fraud 18 U.S.C. § 371; <u>Count One</u> (98-00749): Mail Fraud 18 U.S.C. § 1341

Original Sentence:   Probation - 3 years; Fine - $15,000; Special Assessment - $200

Type of Supervision: Probation                              Date Supervision Commenced: 09/06/06

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall pay a fine in the amount of $15,000.00. The defendant shall make fine in payments of no less than $225.00 per month.** |
|  | On September 6, 2006, the offender was court ordered to pay a fine in the amount of $15,000.00 in monthly payments of $225.00. As of this date, there is a remaining fine balance of $7,050.00. |

<u>U.S. Probation Officer Action:</u>

To date, the offender has paid $8,150.00, leaving a balance due of $7,050.00. We believe that the offender has made a substantial effort toward meeting his fine obligation to the best of his ability while under supervision. Since the offender has an outstanding fine balance of $7,050.00, we recommend that the balance of collection efforts be turned over the Financial Litigation Unit (FLU) of the U.S. Attorney's Office, unless the Court orders that the fine balance be vacated, and that the offender's term of supervision be allowed to expire as scheduled as of September 5, 2009.

Respectfully submitted,

By: Carolyn S. Johnson
U.S. Probation Officer
Date: 08/17/09

PROB 12A - Page 2
Drew Bagarozy

*The Court directs that the following action be taken:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Summons

[ ] Submit a Request for Warrant

[ ] Other

[X] The Court orders that collection efforts be turned over to FLU, and that the term of supervision be allowed to expire as scheduled on September 5, 2009

[ ] The Court orders that the outstanding fine balance be vacated, and that the term of supervision be allowed to expire as scheduled on September 5, 2009

_____
Signature of Judicial Officer

8/27/09
_____
Date